SCIENTIFIC UTILITIES COMPANY, INC., Appellant, v. ALFRED BURKE and Another, Respondents, Impleaded with RICHMOND ROCHESTER, JR., and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.

ARTHUR SHAW, Appellant, v. DAVID R. LONGNECKER, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

W. L. SUTPHIN REALTY COMPANY, Appellant, v. DAVID E. BREINIG, Respondent.— Order reversed upon the law, with ten dollars costs and disbursements, and motion to vacate notice of examination denied, with ten dollars costs. We think plaintiff is entitled to the examination sought. The defendant having stipulated on two occasions to adjourn the examination without reserving any right to question the propriety or regularity of the notice, clearly waived all objections to such examination, and is estopped from moving to vacate the notice (*Schweinburg* v. *Altman*, 131 App. Div. 795.) Notice of examination modified so as to make it returnable before the Supreme Court at Special Term, New York county. Kelly, P. J., Manning, Kelby, Young and Kapper, JJ., concur. Settle order on notice.

HENRY WUNIKKA, Appellant, v. T. WILLIAM OLSEN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

HAROLD R. BANNERMAN and Others, Respondents, v. CATHERINE V. HOSTAGE, as Executrix, etc., Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FREDERICK A. BERGMANN and Another, Copartners, etc., Respondents, v. S. L. SILVER & COMPANY, INC., Appellant.— Motion for stay denied, and temporary stay vacated. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FREDA BLUTH, by WILLIAM BLUTH, Her Guardian ad Litem, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

WILLIAM BLUTH, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JACOB CHAIMOWITZ, Appellant, v. LENA SPORN, etc., and Another, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the October term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

JOSEPH R. DE LA TORRE BUENO, Respondent, v. CECILIA DE LA TORRE BUENO, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.